# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| EDDIE SHORT,<br>　　　　Plaintiff,<br><br>v.<br><br><br>CAROLYN COLVIN,<br>Acting Commissioner of the Social<br>Security Administration,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　**JUDGMENT IN A CIVIL CASE**<br>)　**CASE NO. 5:12-CV-536-D**<br>)<br>)<br>) |

Decision by the Court:

  **IT IS ORDERED AND ADJUDGED** that the Consent Motion to Remand [D.E. 22] is GRANTED. The Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and REMANDS the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **June 7, 2013,** WITH A COPY TO:

Daniel R. Lauffer (via CM/ECF Notice of Electronic Filing)
Kathleen C. Buckner (via CM/ECF Notice of Electronic Filing)


June 7, 2013　　　　　　　　　　　　　　　　　JULIE A. RICHARDS, Clerk
Date　　　　　　　　　　　　　　　　　　　　　Eastern District of North Carolina

　　　　　　　　　　　　　　　　　　　　　　　/s/Debby Sawyer
　　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk

Raleigh, North Carolina