| | |
|---|---|
| EDDIE SHORT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, Acting Commissioner of )<br>Social Security, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:12-CV-536-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $20,000.00 and refund to Plaintiff the smaller award between this amount and the EAJA award.

**This Judgment Filed and Entered on May 15, 2015, and Copies To:**

| | |
|---|---|
| Daniel R. Lauffer | (via CM/ECF Notice of Electronic Filing) |
| Kathleen C. Buckner | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE: | JULIE RICHARDS JOHNSTON, CLERK |
| May 15, 2015 | (By) /s/ Courtney O'Brien |
| | Deputy Clerk |